# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TECH PHARMACY SERVICES, LLC, | § § § | |
| Plaintiff, | § § | Case No. 1:16-cv-10909 |
| v. | § § § | |
| ALIXA RX LLC AND GOLDEN GATE NATIONAL SENIOR CARE LLC D/B/A GOLDEN LIVINGCENTERS, | § § § § § | [Enforcement of FRCP 45 Subpoena in No. 4:15-cv-00766-ALM (E.D. Tex.)] |
| Defendants. | § § | |

## PLAINTIFF TECH PHARMACY'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO THIRD PARTY DESIGN INTEGRITY FOR THE PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(1), Plaintiff Tech Pharmacy Services, LLC respectfully requests that the Court order third party Design Integrity to comply with Tech Pharmacy's duly served subpoena for the production of documents. The grounds in support of this motion are set forth in full in the accompanying Brief in Support.

Date: November 28, 2016

Respectfully submitted,

Of Counsel:

Maria Wyckoff Boyce
Texas SBN 22095050
maria.boyce@hoganlovells.com
Cristina Espinosa Rodriguez
Texas SBN 00793701
cristina.rodriguez@hoganlovells.com

/s/ J. Robert Robertson
J. Robert Robertson (Local Counsel)
robby.robertson@hoganlovells.com
**HOGAN LOVELLS US LLP**
180 N. Stetson Street, Suite 3500
Chicago, IL 60601
Telephone: (312) 763-2511
Fax: (202) 637-5910

1

Jennifer Fleury
Texas SBN 24094658
jennifer.fleury@hoganlovells.com
Amir Jamshidi
Texas SBN 24092574
ira.jamshidi@hoganlovells.com
**HOGAN LOVELLS US LLP**
700 Louisiana, Suite 4300
Houston, Texas 77002
T (713) 632-1400
F (713) 632-1401

*Counsel for Plaintiff Tech Pharmacy Services, LLC*

## LOCAL RULE 37.2 STATEMENT

Counsel for movant Tech Pharmacy and respondent Design Integrity conferred by telephone on November 1, November 9, and November 16 and are unable to reach an accord. The details of Tech Pharmacy's attempts to confer are laid out more fully in the accompanying Brief in Support.

## CERTIFICATE OF SERVICE

A copy of the foregoing document was filed electronically on counsel of record for Design Integrity and Defendants in the underlying action on November 28, 2016.

>*/s/ J. Robert Robertson*
>J. Robert Robertson