**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TECH PHARMACY SERVICES, LLC, § § Plaintiff, § § v. § § ALIXA RX LLC AND GOLDEN GATE NATIONAL SENIOR CARE LLC D/B/A GOLDEN LIVINGCENTERS, § § § § Defendants. § § | Case No. 1:16-cv-10909  Judge Samuel Der-Yeghiayan  Magistrate Judge: Hon. Sheila Finnegan  [Enforcement of FRCP 45 Subpoena in No. 4:15-cv-00766-ALM (E.D. Tex.)] |

**TECH PHARMACY'S NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Tech Pharmacy Services, LLC ("Tech Pharmacy") hereby informs the Court that Tech Pharmacy is a Texas LLC owned by Care Solutions, LLC, which is a Delaware LLC. Delaware company Care One, LLC is the sole member of Care Solutions, LLC. No publicly held corporation owns 10% or more of Tech Pharmacy's stock.

Date: November 29, 2016          Respectfully submitted,

Of Counsel:

Maria Wyckoff Boyce
Texas SBN 22095050
maria.boyce@hoganlovells.com
Cristina Espinosa Rodriguez
Texas SBN 00793701
cristina.rodriguez@hoganlovells.com
Jennifer Fleury
Texas SBN 24094658
jennifer.fleury@hoganlovells.com
Amir Jamshidi
Texas SBN 24092574
ira.jamshidi@hoganlovells.com

/s/ J. Robert Robertson
J. Robert Robertson (Local Counsel)
robby.robertson@hoganlovells.com
**HOGAN LOVELLS US LLP**
180 N. Stetson Street, Suite 3500
Chicago, IL 60601
Telephone: (312) 763-2511
Fax: (202) 637-5910

**HOGAN LOVELLS US LLP**
700 Louisiana, Suite 4300
Houston, Texas 77002
T (713) 632-1400
F (713) 632-1401

*Counsel for Plaintiff Tech Pharmacy Services, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing document was filed electronically on counsel of record for Design Integrity and Defendants in the underlying action on November 29, 2016.

           <u>/s/ J. Robert Robertson</u>
           J. Robert Robertson